# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-25
Lower Tribunal Nos. 16-2230 SP, 18-356 AP
_____

**Advanced Orthopedics, LLC, etc.,**
Appellant,

vs.

**Progressive American Insurance Company**,
Appellee.


An Appeal from the County Court for Miami-Dade County, Catherine M. Pooler, Senior Judge.

Shuster & Saben, LLC, Adam Saben and Melissa R. Winer (Jacksonville), for appellant.

Kubicki Draper, P.A., Michael C. Clarke and Andrew T. Lynn (Tampa), for appellee.


Before FERNANDEZ, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

Affirmed. See State Farm Mut. Auto. Ins. Co. v. MRI Assocs. of Tampa, Inc., 252 So. 3d 773 (Fla. 2d DCA 2018).